DETROIT EDISON COMPANY *v.* DEPARTMENT
OF TREASURY.

MANDAMUS—REFUND OF TAX—REDETERMINATION OF ANNUAL PRIVI-
LEGE FEE.

Defendant department of treasury is ordered to proceed at once
under peremptory writ with plaintiff corporation's pending
petitions for refund and pending requests for determination
and redetermination of its annual franchise privilege fees for
the years 1957 and 1959 through 1962 as provided by statute,
there being found a clear legal duty so to proceed (CLS 1956,
§§ 450.309, 450.310).

Original petition for mandamus by Detroit Edison
Company, a New York corporation, to compel Ray-
mond F. Clevenger, corporation and securities com-
missioner, to act upon petition for refund of over-
payment of annual privilege fee for the year 1957.
Petition for mandamus by same plaintiff against
same defendant to compel latter to proceed with
computation of annual franchise privilege fees from
1959 through 1962. Department of Treasury substi-
tuted as party defendant. Submitted June 8, 1966.
(Calendar No. 1, Docket Nos. 51,237, 51,238.) Writ
granted June 9, 1966.

*Fischer, Sprague, Franklin & Ford (Harvey T.
Fischer, Richard Ford,* and *Gerald C. Simon,* of
counsel), for plaintiff.

*Frank J. Kelley,* Attorney General, *Rotbert A.
Derengoski,* Solicitor General, and *T. Carl Holbrook*

REFERENCES FOR POINTS IN HEADNOTE
34 Am Jur, Mandamus § 222.

and *William D. Dexter,* Assistant Attorneys General, for defendant.

### Order of the Court.

On Order of the Court, a peremptory writ shall issue forthwith ordering respondent to proceed at once with statutory processing of the Detroit Edison Company's pending petition for refund and the Detroit Edison Company's pending requests for determination and/or redetermination of its annual franchise privilege fees as identified in our order to show cause dated April 9, 1965.

The Court finds a clear legal duty on the part of the respondent to proceed as above under sections 9 and 10 of the statute.* No other opinion to follow.

T. M. Kavanagh, C. J., and Dethmers, Kelly, Black, Souris, Smith, O'Hara, and Adams, JJ., concurred.

---

* CLS 1956, §§ 450.309, 450.310 (Stat Ann 1963 Rev §§ 21.210, 21.210[1]).—Reporter.